HARRY SHAFFER and PHILIP LEVIN, Respondents, v. SAMUEL KUSNETZ, TRIUNE BUILDERS, INC., Defendants, and EZRA HOLLANDER, Appellant.— In an action against the defendants for conspiring to induce the breach of a contract of real estate brokers so as to deprive them of their commissions earned by the sale of property, defendant Hollander moved to dismiss the second and third causes of action in the complaint. The motion was granted as to the third cause of action and denied as to the second cause of action. Order, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Appellant has leave to serve an answer within ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

FRANK VIVENZIO, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— In an action to recover on an industrial policy of life insurance, it is established that the insured was attended by a physician for the condition of hypertension and arteriosclerosis less than a year before the issuance of the policy, and that the insured died about a year after such medical attendance from an illness of which the aforesaid ailments were the underlying cause. In the Municipal Court of the City of New York, on the verdict of a jury, the plaintiff recovered a judgment. On appeal the Appellate Term reversed the judgment and dismissed the complaint. By permission the plaintiff appeals from the order of the Appellate Term. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

ROSE WINTER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order granting examination of defendant before trial and discovery and inspection of certain documents modified by striking from the second ordering paragraph, subdivision 2, the words "investigation reports, medical reports," and " X-ray reports," and, as so modified, the order is affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

## (January 16, 1939.)

In the Matter of the Application of CHARLES H. STOWELL, Petitioner, against Trustees SANTORO and Others, Constituting the Board of Trustees of the Village of Mamaroneck, and Another, Respondents, for a Review of a Determination of Said Board of Trustees in a Hearing Entitled: In the Matter of Disciplinary Proceedings against CHARLES H. STOWELL, Police Chief of the Village of Mamaroneck, New York.— Motion to include in the record on appeal the minutes of the board of trustees of the village of Mamaroneck as of October 7, 1937, without printing same, granted to the extent that the original minutes will be received and the record amended accordingly. The return is complete, showing that the trustees voted on two charges — the first consisting of four items, including the bribery charge, and the second consisting of three items. The stenographer's minutes show that the trustees voted on the first charge but do not state the items considered. Although the return is complete and conclusive, to make the record clear beyond doubt the original minutes of respondents will be received and the record amended accordingly. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.